Louis Kaminsky, as Administrator, etc., of Reuben Kaminski, First Name Sometimes Designated " Rubin," Deceased, [Claimant, v. The State of New York.— Motion to dispense with printing of papers on appeal granted, Hill, P. J., Rhodes, McNamee and Heffernan, JJ., concur; Crapser, J., dissents.

St. Lawrence County Farmers' Insurance Company, Appellant, v. Ethel Thompson, Respondent.— Motion for leave to appeal granted. The court certifies that in its opinion a question of law is involved which ought to be reviewed by the Court of Appeals. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ. [See ante, p. 747.]

Tweedie Construction Company, Inc., Plaintiff, v. Duralith Corporation, Defendant. Gotham Factors Corporation, Appellant, v. Tweedie Construction Company, Inc., Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

Sylvia R. Smith, Appellant, v. William Featherly, Respondent.— Order reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The County Court may not, on motion, set aside a voidable judgment of the City Court. The remedy was by appeal. (Mantha Co., Inc., v. Pirsch & Sons Co., 222 App. Div. 440; Handshaw v. Arthur, 9 id. 175; affd., 161 N. Y. 664; East Syracuse Motor Car Co. v. Tuttle, 230 App. Div. 872.) Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ., concur.

D. Roy Van Etten, Respondent, v. Everett B. Schoonmaker, as Trustee in Bankruptcy of Irving V. A. Huie, Inc., and Another, Defendants. The Home Indemnity Company, Appellant.— Order reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ., concur.

Etta E. Gardner, Respondent, v. Northwestern Mutual Life Insurance Company, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ. [152 Misc. 873.]

Stanley B. Severance, Respondent, v. Burton C. Severance and Another, Appellants.— Motion for reargument denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

Gladys M. Eccleston, as Administratrix, etc., of Railton J. Eccleston, Deceased, Respondent, v. Benedict Gifford, Appellant. Ralph M. Jillson, Respondent, v. Benedict Gifford, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Application of Albert B. Wright and Another, as Executors, etc., of Jennie L. Wright, Deceased, Respondents, for a Writ of Certiorari to Review an Assessment Made by the Commissioner of Assessment and Taxation and the Board of Review of the City of Albany, New York, Appellants.— Judgment modified, on the law, by directing that the assessment for the year 1933 of the premises involved in this certiorari review shall be corrected as follows: No. 63 North Pearl street by reducing the assessment from $130,000 to $80,000; No. 65 North Pearl street by reducing the assessment from $127,000 to $60,000; No. 27 Steuben street by reducing the assessment from $22,000 to $12,000; No. 23½ Steuben street by reducing the assessment from $5,500 to $3,500. As so